ORVILLE GERHARDT, Respondent, *v.* HELEN M. NORTON, Defendant, and MARIE H. MAEDER, Appellant.

(Argued May 25, 1936; decided July 8, 1936.)

*Oscar J. Brown* for appellant.

*James E. Cuff* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.